No. 1116. RAILROAD YARDMASTERS OF AMERICA, AFL–CIO, *v.* ST. LOUIS, SAN FRANCISCO & TEXAS RAILWAY Co. C. A. 5th Cir. Certiorari denied. *Charles J. Morris* for petitioner. *Ernest D. Grinnell, Jr., Paul R. Moody* and *John H. Pickering* for respondent.

No. 1143. J. B. MICHAEL & Co., INC., *v.* POWERS. C. A. 6th Cir. Certiorari denied. *Longstreet Heiskell* for petitioner. *Thomas R. Prewitt* for respondent.

No. 1149. YOUNG *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 608. NEERING *v.* FLORIDA. Motion to strike portions of respondent's brief denied. Petition for writ of certiorari to the Supreme Court of Florida denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Luke G. Galant* for petitioner. *James W. Kynes,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 1043. BENNETT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Stanley M. Rosenblum* and *Merle L. Silverstein* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 1153, Misc. DAVIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for the United States.